# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |
|---|
| Plaintiff, |
| DUNSINK TRADING LTD. |
| -v- |
| PITSBURG FINANCIAL INC. |
| Defendant. |

Case No. *D8 – 5011 (GBD)*

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DUNSINK TRADING LTD.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** _5-30-08_

**Signature of Attorney**

**Attorney Bar Code:** _AV-4503_