UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELS,

---

DUNSINK TRADING, LTD.,

    Plaintiff,

vs.

PITSBURG FINANCIAL, INC.,

    Defendant.

Civ. No. 08 CIV. 5011 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-08

## ORDER APPOINTING SPECIAL PROCESS SERVER
## PURSUANT TO FED. R. CIV. P. 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the declaration of Anthony B. Ullman, executed on May 30, 2008, and good cause having been shown, it is hereby

ORDERED that Anthony B. Ullman, John J. Hay, Anthony M. Pabon, David Wilbur, Nina Khalatova, Deric Gerlach, Christopher Blackwell, Michael Kaufman or any other partner, associate, paralegal or other agent of Salans, be and is hereby appointed, in addition to the United States Marshals Service, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for, or on account of, Defendant.

Dated: New York, New York
      May 30 2008

                                                 *George B. Daniels*
                                            HON. GEORGE B. DANIELS

NewYork 1157523.1