UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUNSINK TRADING, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> PITSBURG FINANCIAL, INC., <br><br> Defendant. | Case No. 08 Civ. 5011 (GBD) <br><br> <u>AFFIDAVIT OF SERVICE</u> |

STATE OF NEW YORK        )
                                             ) ss.:
COUNTY OF NEW YORK  )

      Anthony M. Pabon being duly sworn, deposes and says:

      I am over the age of 18 years and I am not a party to the within action and reside in Bayonne, New Jersey, and am a licensed process server, License Number 841547. On June 2, 2008, I served by hand the within certified copies of PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT PURSUANT TO RULE B(1) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS OF THE F.R.C.P., EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT and ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO FED.R.CIV.P.4(c) upon the following:

      American Express Bank
      c/o Zeichner, Ellman & Krause LLP
      575 Lexington Avenue, 10th Floor
      New York, New York 10022
      *(By Hand Service)*

      HSBC BANK USA
      120 Broadway
      New York, New York 10271
      *(By Hand Service)*

      Bank of New York Mellon
      One Wall Street
      New York, New York 10005
      *(By Hand Service)*

Barclays Bank PLC
200 Park Avenue
New York, New York 10166
*(By Hand Service)*

Credit Suisse First Boston
1 Madison Avenue
New York, New York 10010
*(By Hand Service)*

ABN Amro Bank N.V.
55 East 52nd Street
New York, New York
*(By Hand Service)*

BNP Paribas
787 Seventh Avenue
New York, New York 10019
*(By Hand Service)*

Deutsche Bank Trust Co. Americas
60 Wall Street
New York, New York 10005
*(By Hand Service)*

Deutsche Bank AG
60 Wall Street
New York, New York 10005
*(By Hand Service)*

JP Morgan Chase Bank, N.A.
One Chase Manhattan Plaza
New York, New York 10005
*(By Hand Service)*

Wachovia Bank
360 Madison Avenue
New York, New York 10017
*(By Hand Service)*

Bank of America, N.A.
40 West 57th Street
New York, New York 10019
*(By Hand Service)*

_____
Anthony M. Pabon

Sworn to before me this
5th day of June, 2008

_____
Notary Public

Nina Khalatova
Notary Public, State of New York
No. 01KH6114595
Qualified in Kings County
Commission Expires August 23, 20 0 8