UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUNSINK TRADING, LTD., | Case No. 08 Civ. 5011 (GBD) |
| Plaintiff, | AFFIDAVIT OF SERVICE |
| -against- | |
| PITSBURG FINANCIAL, INC., | |
| Defendant. | |

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

        Anthony M. Pabon being duly sworn, deposes and says:

        I am over the age of 18 years and I am not a party to the within action and reside in Bayonne, New Jersey, and am a licensed process server, License Number 841547. On June 3, 2008, I served by hand the within certified copies of PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT PURSUANT TO RULE B(1) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS OF THE F.R.C.P., EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT and ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO FED.R.CIV.P.4(c) upon the following:

        Citibank, N.A.
        One Court Square
        Long Island City, New York 11101
        *(By Hand Service)*

                              Anthony M. Pabon

Sworn to before me this
5th day of June, 2008

_____
        Notary Public

Nina Khalatova
Notary Public, State of New York
No. 01KH6114595
Qualified in Kings County
Commission Expires August 23, 20_08_