UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUNSINK TRADING, LTD.,<br><br>       Plaintiff,<br><br>  -against-<br><br>PITSBURG FINANCIAL, INC.,<br><br>       Defendant. | Case No. 08 Civ. 5011 (GBD)<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

  Anthony M. Pabon being duly sworn, deposes and says:

  I am over the age of 18 years and I am not a party to the within action and reside in Bayonne, New Jersey, and am a licensed process server, License Number 841547.

  On June 12, 2008, I served by **REGISTERED MAIL, RETURN RECEIPT REQUESTED, the within PLAINTIFF'S NOTICE OF ATTACHMENT** upon the following:

      Pitsburg Financial Inc.
      Ricardo Arias Street
      Advanced Tower, 11th Floor, Suite B
      Panama City, Panama
      *Registered Mail, Article # 232-904-025*

              _____
                Anthony M. Pabon

Sworn to before me this
12th day of June, 2008

_____
Notary Public

Nina Khalatova
Notary Public, State of New York
No. 01KH6114595
Qualified in Kings County
Commission Expires August 23, 20 08

NEWYORK.545830.3
NewYork 1165441.1

| Registered No. 232-204-025 | | Date Stamp |
|---|---|---|
| Reg. Fee $ 10.80 | | 0056 |
| Handling Charge $ $0.00 | Return Receipt $ 2.20 | 19 |
| Postage $ 0.94 | Restricted Delivery $ $0.00 | 06/12/08 |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse) |
| Customer Must Declare Full Value $ $0.00 | With Postal Insurance ☐ Without Postal Insurance ☑ | |

FROM:
SALANS
ROCKEFELLER CENTER
620 FIFTH AVENUE
NEW YORK, N.Y. 10020-2457 USA

TO:
PITSBURG FINANCIAL, INC.
RICARDO ARIAS STREET
ADVANCED TOWER, 11th FL, SUITE B
PANAMA CITY, PANAMA

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

A Pabon
6/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| DUNSINK TRADING, LTD., <br><br> Petitioner, <br><br> -against- <br><br> PITSBURG FINANCIAL, INC., <br><br> Respondent. | Case No.: 08 Civ. 5011 (GBD) <br><br> NOTICE OF ATTACHMENT |

S I R S:

PLEASE TAKE NOTICE that, on the date set forth below, pursuant to the Process of Maritime Attachment and Garnishment and related documents of record herein, funds of defendant Pitsburg Financial, Inc., in the amount of $48,089.04, in the hands of garnishee JP Morgan Chase Bank, were attached.

Dated:  New York, New York
        June 11, 2008

SALANS

By: _____
Anthony B. Ullman
Rockefeller Center
620 Fifth Avenue
New York, New York 10020
212-632-5500
Attorneys for Dunsink Trading, Ltd

TO: Pitsburg Financial Inc.
    Ricardo Arias Street
    Advanced Tower, 11th Floor, Suite B
    Panama City, Panama

NewYork 1167307.1