UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

---

| | |
|---|---|
| DUNSINK TRADING, LTD., | Case No.: 08 Civ. 5011 (GBD) |
| Plaintiff, | |
| -against- | **AFFIDAVIT OF SERVICE** |
| PITSBURG FINANCIAL, INC., | |
| Defendant. | |

STATE OF NEW YORK   )
                                   ) ss.:
COUNTY OF NEW YORK )

DERIC GERLACH, being duly sworn, deposes and says:

1. That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

2. That he, on June 11, 2008, served by email a true and correct copy of the attached Notice of Attachment.

3. That the email was sent to chartering@pitfin.com, which email address was provided in the Notices clause of the Time Charter between the parties as the address for providing notices to Pitsburg Financial, Inc.

4. That on June 12, 2008, he received an electronic (email) response to the June 11, 2008 email acknowledging that it had been received.

_____
Deric Gerlach

Sworn to before me this 12
day of June, 2008.

_____
Notary Public

MARIANNE S. GUNN
Notary Public, State of New York
No. 01GU6703715
Qualified in New York County
Commission Expires 10/31/ 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| DUNSINK TRADING, LTD., <br><br>                    Petitioner,<br><br>    -against-<br><br>PITSBURG FINANCIAL, INC.,<br><br>                    Respondent. | Case No.: 08 Civ. 5011 (GBD)<br><br>**NOTICE OF ATTACHMENT** |

S I R S:

      PLEASE TAKE NOTICE that, on the date set forth below, pursuant to the Process of Maritime Attachment and Garnishment and related documents of record herein, funds of defendant Pitsburg Financial, Inc., in the amount of $48,089.04, in the hands of garnishee JP Morgan Chase Bank, were attached.

Dated:   New York, New York
           June 11, 2008

                                                  SALANS

                                                  By: _____
                                                        Anthony B. Ullman
                                                Rockefeller Center
                                                620 Fifth Avenue
                                                New York, New York 10020
                                                212-632-5500
                                                Attorneys for Dunsink Trading, Ltd

TO:  Pitsburg Financial Inc.
       Ricardo Arias Street
       Advanced Tower, 11th Floor, Suite B
       Panama City, Panama

NewYork 1167307.1