UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNSINK TRADING LTD.,
                      Plaintiffs,

-V-

PITSBURG FINANCIAL INC,
                      Defendants.

**CERTIFICATE OF MAILING**



08 CV 5011 (GBD)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**17th day of June, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**30th day of May, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8470 6136 3200**

*[signature]*
                      CLERK

Dated: New York, NY

**FedEx Express** *International Air Waybill*

8470b13b3200 — PACKAGE LABEL
8470b13b3200 — COMMERCIAL INVOICE LABEL
8470b13b3200 — DELIVERY RECORD LABEL
8470b13b3200 — DELIVERY REATTEMPT LABEL

**1 From** *Please print and press hard*

Date: _____
Sender's FedEx Account Number: 0100-7888-1
Sender's Name: Anthony M. Caban
Phone: (212) 632-5500
Company: SALANS
Address: 620 FIFTH AVENUE
City: New York
State/Province: N.Y.
ZIP/Postal Code: 10020
Country: U.S.A.

**2 To**

Recipient's Name: PITSBURG FINANCIAL INC.
Phone: _____
Company: PITSBURG FINANCIAL INC.
Address: ADVANCED TOWER, 11th FL, SUITE B
Address (Dept/Floor): RICARDO ARIAS STREET
City: PANAMA CITY
State/Province: PANAMA
ZIP/Postal Code: _____
Country: PANAMA

Recipient's Tax ID number for Customs purposes: _____

**3 Shipment Information**

Total Packages: _____
Total Weight: _____ lbs / kg
DIM: L / W / H in / cm

Commodity Description: LEGAL DOCUMENTS COMPLETE IN ENGLISH
Harmonized Code: _____
Country of Manufacture: USA
Value for Customs: REQUIRED
Total Declared Value for Carriage: _____

☐ No SED required per Schedule B Commodity number
☐ SED attached (provide export license no. and exp. date or license exception symbol, w/ECCN if applicable)

**4 Express Package Service**

☒ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

**5 Packaging**

☒ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ FedEx 10kg Box
☐ FedEx 25kg Box
☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location
☐ SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*

☒ Sender Acct. No. 0100-7888-1
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check/Cheque

**7b Payment** *Bill duties and taxes to:*

☐ Sender
☐ Recipient
☐ Third Party

**8 Your Internal Billing Reference**: OPTIONAL

**9 Required Signature**

Sender's Signature: _____

FedEx Tracking Number: 8470 b13b 3200

Form ID No. 0402

500  GBF 03/04

RETAIN THIS COPY FOR YOUR RECORDS