USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 25 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNSINK TRADING, LTD.,

        Plaintiff,

vs.

PITSBURG FINANCIAL, INC.,

        Defendant.

Case No.: 08 Civ. 5011 (GBD)

ORDER

    UPON reading the Declaration of Anthony B. Ullman, dated July 15, 2008 and the Exhibits thereto, and upon all pleadings and proceedings heretofore had herein,

    IT IS HEREBY ORDERED, that Plaintiff's Ex Parte Application for an Order Permitting Alternative Means of Service of Summons and Complaint is granted;

    IT IS FURTHER ORDERED, that service upon defendant of the Summons and Verified Complaint herein shall be sufficient if sent to Pitsburg Financial, Inc., without return receipt requested, (a) by email at the email addresses chartering@pitfin.com and pitfin@pitfin.com and (b) by ordinary mail at the addresses (i) Ricardo Arias Street, Advanced Tower, 11th Floor, Suite B, Panama City, Panama and (ii) Warsaw Highway, 125, 4th Floor, Suite 412, 117405 Moscow, Russian Federation;

    IT IS FURTHER ORDERED that, in the event that the plaintiff hereinafter wishes to make any motions or applications or otherwise propound any papers that are required to be served on the defendant under the Federal Rules of Civil Procedure or Local Rules of this Court, service of the same shall, so long as defendant has not appeared herein by counsel, be sufficient if made in the manners and to the email and street addresses set forth in the preceding paragraph hereof; and

NewYork 1180703.2

IT IS FURTHER ORDERED, that a copy of this Order shall be served upon the defendant contemporaneously with the Summons and Verified Complaint and in the same manners as provided for above as regards the Summons and Verified Complaint.

Dated: New York, New York
       July 25, 2008

JUL 2 5 2008

_George B. Daniels_
U.S.D.J.
HON. GEORGE B. DANIELS

NewYork 1180703.2